IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 01-40223
Conference Calendar
_____

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

CORY CASHAWN CLARK,

                                        Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 1:00-CR-41-3
--------------------
April 11, 2002

Before SMITH, DeMOSS, and PARKER, Circuit Judges.

PER CURIAM:[*]

     Counsel for Cory Cashawn Clark has moved for leave to withdraw and has filed a brief in accordance with Anders v. California.[1]  Clark was provided with a copy of counsel's Anders motion and brief and has filed a response.  Our independent review of the record, Clark's response, and counsel's brief shows that there are no nonfrivolous issues for appeal.

     Counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and this appeal is DISMISSED.  See 5TH CIR. R. 42.2.

_____

     [*]  Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

     [1] 386 U.S. 738 (1967)